No. 43, Misc. BERRYHILL v. PAGE, WARDEN, ET AL. Court of Criminal Appeals of Oklahoma. Certiorari denied. Petitioner *pro se*. *Charles Nesbitt*, Attorney General of Oklahoma, and *Jack A. Swidensky*, Assistant Attorney General, for respondents.

No. 135, Misc. PAGANO v. FITZPATRICK, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioner. *Solicitor General Cox* for respondents. *Edgar H. Booth* and *Harold L. Lipton* for Sahn, Trustee in Bankruptcy.

No. 270, Misc. CANNON v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 306, Misc. CODARRE v. NEW YORK. Court of Appeals of New York. Certiorari denied. *O. John Rogge* and *Melvin L. Wulf* for petitioner.

No. 361, Misc. LOGAN v. PETERSON, STATE HOSPITAL SUPERINTENDENT. Supreme Court of Missouri. Certiorari denied.

No. 365, Misc. TINDLE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 366, Misc. BURGE, ALIAS HALE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.